■ In the Matter of JOHN STONE, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: A review of the record shows that the hearing officer complied with 7 NYCRR 253.4 (repealed June 15, 1983). Petitioner's other contentions are without merit. (Appeal from judgment

of Supreme Court, Wyoming County, Conable, J.—art 78.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.